UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Mag. No. 10-MJ-71 (FLN)

---

| | |
|---|---|
| In Re Search Warrants of February 23, 2010, and Later Days | **NOTICE OF APPEARANCE** |

---

The undersigned attorney hereby notifies the Court and counsel that Jon M. Hopeman shall appear as counsel of record for Steven Mark Renner in this case.

Dated: March 25, 2010          FELHABER, LARSON, FENLON & VOGT, P.A.


By   s/ Jon M. Hopeman
      Jon M. Hopeman, #47065
220 South Sixth Street, Suite 2200
Minneapolis, Minnesota 55402
(612) 339-6321
(612) 338-0535 (fax)
jhopeman@felhaber.com

ATTORNEYS FOR STEVEN MARK RENNER