UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Misc. No. 10-71 (PAM)

| | | |
|---|---|---|
| IN RE SEARCH AND SEIZURE WARRANTS | ) ) ) ) ) | Notice of Hearing to Approve Distribution Plan |

TO:   All Parties and the Attorneys of Record:

NOTICE IS HEREBY GIVEN that on Thursday, June 23, 2011, at 9:00 a.m., before the Honorable Donovan W. Frank, in Courtroom 7C of the United States Courthouse at 316 North Robert Street, St. Paul, Minnesota, the United States of America ("United States") will move the Court for an Order approving a distribution plan regarding the funds seized by the United States pursuant to seizure warrants issued by the Court. The motion is based upon all the files, records, and proceedings herein, as well as a Stipulation entered into by the Parties.

Dated:  June 9, 2011

B. TODD JONES
United States Attorney

s/ Gregory G. Brooker
BY: GREGORY G. BROOKER
Assistant United States Attorney
Attorney I.D. No. 0166066
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
greg.brooker@usdoj.gov

ATTORNEYS FOR THE UNITED STATES OF AMERICA