**Exhibit: Summary of Seized Accounts**

| Account | Amount Seized | Amount Released | Remaining Balance |
|---|---|---|---|
| Guaranty Bank Account Number #XXXXXX8891, held in the name of Steven Renner | $51,346.19 | $51,346.19 | 0 |
| Guaranty Bank Account Number #XXXXXX9243, held in the name of Steven Renner | $100,138.56 | $100,138.56 | 0 |
| Guaranty Bank Account Number #XXXXXX0314, held in the name of SMR Investments #1 LLC | $1,100,000 | 0 | $1,100,000 |
| Bremer Bank Account Number #XXX0036, held in the name of Virtual Payment Systems LLC | $3,269,141.71 | 0 | $3,269,141.71 |
| Bremer Bank Account Number #XXX0044, held in the name of V-Media Marketing LLC | $1,262,623.31 | 0 | $1,262,623.31 |

| Account | Amount Seized | Amount Released | Remaining Balance |
|---|---|---|---|
| Bremer Bank account number #XXX0095, held in the name of Cash Cards International LLC | $621,046.70 | $621,046.70 | 0 |
| Bremer Bank Account Number #XXX0087, held in the name of Virtual Payment Systems | $1,965,962.93 | 0 | $1,965,962.93 |
| Wells Fargo Bank Account Number #XXXXXX0277, held in the name of Inter-Mark Corporation | $2,810,665.69 | 0 | $12,659,562.69 |
| Wells Fargo Bank Account Number #XXXXXX9014, held in the name of Inter-Mark Corporation | $12,659,562.69 | 1,378,953.30 | $1,431,712.39 |
| Wells Fargo Bank Account Number #XXXXXX8181, held in the name of Inter-Mark Corporation | $1,634,964.91 | $1,634,964.91 | 0 |

| Account | Amount Seized | Amount Released | Remaining Balance |
|---|---|---|---|
| Wells Fargo Bank Account Number #XXXXXX3024, held in the name of Inter-Mark Corporation | $309,403.12 | | |
| Wells Fargo Bank Account Number #XXXXXX3420, held in the name of Inter-Mark Corporation | $191,424.53 | $125,000 (additional $57,563.89 to be released to WFB per Noel Order 1/31/11) | |
| Wells Fargo Bank Account Number #XXXXXX0277, held in the name of Inter-Mark Corporation | $75,687.05 | 0 | $75,687.05 |
| | **Total Amount Seized:** $26,051,967.39 | **Total Amount Released:** (additional $57,563.89 to be released) $3,911,449.66 | **Total Remaining Funds (not including funds held by RJ Zayed):** $22,140,517.739 |